

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF J. O., A CHILD, | § | No. 08-20-00225-CV |
| Appellant. | § | Appeal from the |
| | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM2215) |
| | § | |

**O R D E R**

Appellant has filed a motion for a stay of proceedings.  The motion is DENIED.

Further, the Court is requesting the parties clarify whether the order being appealed is appealable as a final order.  Or, if temporary, explain the basis of this Court's jurisdiction over the case.  The response is due on or before September 10, 2021.

IT IS SO ORDERED this 31st day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.